

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00258-CV
_____

MIDCOAST G&P (OKLAHOMA) L.P., MIDCOAST PIPELINES (TEXAS GATHERING) L.P., AND MIDCOAST PIPELINES (TEXAS LIQUIDS) L.P., APPELLANTS

V.

HEMPHILL COUNTY APPRAISAL DISTRICT, APPELLEE

On Appeal from the 31st District Court
Hemphill County, Texas
Trial Court No. 7551, Honorable Steven R. Emmert, Presiding

October 18, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellants, Midcoast G&P (Oklahoma) L.P., Midcoast Pipelines (Texas Gathering) L.P., and Midcoast Pipelines (Texas Liquids) L.P., appeal from the trial court's final judgment. Now pending before this Court is the parties' joint motion to set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of an agreed judgment. The motion is signed by counsel for all parties. Accordingly, pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we grant the motion,

reverse the trial court's judgment without passing on the merits of the appeal, and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties. In accordance with the joint motion, costs shall be taxed against the parties that incurred them. *See* TEX. R. APP. P. 42.1(d). Having reversed the trial court's judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam